# United States Court of Appeals

*For the Seventh Circuit*
*Chicago, Illinois 60604*

March 21, 2002

*Before*

Honorable RICHARD D. CUDAHY, Circuit Judge

Honorable ILANA DIAMOND ROVNER, Circuit Judge

Honorable ANN CLAIRE WILLIAMS, Circuit Judge

No. 00-3172

| | |
|---|---|
| UNITED STATES OF AMERICA, | ] Appeal from the United States |
| | ] District Court for the Eastern |
| Plaintiff-Appellee, | ] District of Wisconsin |
| v. | ] |
| | ] No. 00-CR-50 |
| LARRY WOODROW HARRIS, | ] |
| | ] Rudolph T. Randa |
| Defendant-Appellant. | ] Judge |

## O R D E R

On consideration of the petition for rehearing with suggestion for rehearing en banc filed by petitioner-appellant on March 8, 2002, no judge in active service has requested a vote thereon, and all of the judges on the original panel have voted to deny the petition. Accordingly,

IT IS HEREBY ORDERED that the petition for rehearing with suggestion for rehearing en banc be, and the same is, hereby DENIED.

On its own motion, the court amends its February 22, 2002, opinion as follows—the second to last sentence on page five of the slip opinion will now read "[B]ut there is nothing per se impermissible about placing the same suspect in two different identification procedures."